ACCEPTED
06-15-00106-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 10:03:36 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 15-0626

| | | |
|---|---|---|
| **JAN ROGERS FREEMAN,** | § | **IN THE 71st DISTRICT COURT** |
| **INDIVIDUALLY and as** | § | |
| **REPRESENTATIVE OF THE ESTATE** | § | |
| **OF MICHAEL NEAL FREEMAN;** | § | |
| **JENNIFER PAIGE SCOGGINS;** | § | |
| **LAURIE LYNN CAVES; and ASHLEY** | § | |
| **MICHELLE KIRKLAND** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **VS.** | § | **OF** |
| | § | |
| **JI SPECIALTY SERVICES, INC.,** | § | |
| **YORK RISK SERVICES GROUP, INC.,** | § | |
| **AND DIANA MALDONADO** | § | |
| *Defendants* | § | **HARRISON COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 10:03:36 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Texas Rules of Appellate Procedure, Plaintiff Jan Rogers Freeman files her Notice of Appeal and would show the Court as follows:

1. Plaintiff gives notice of her appeal from Cause Number 15-0626 in the 71st District Court in and for Harrison County, Texas. The case is styled: Jan Rogers Freeman, Individually and as Representative of the Estate of Michael Neal Freeman; Jennifer Paige Scoggins; Laurie Lynn Caves; and Ashley Michelle Kirkland vs. JI Specialty Services, Inc., York Risk Services Group, Inc., and Diana Maldonado.

2. Plaintiff desires to appeal from the Final Judgment signed by this Court on November 24th, 2015.

3. This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas.

4. This notice is being filed by Plaintiff, Jan Rogers Freeman, individually and as Representative of the Estate of Michael Neal Freeman; by Michael Neal Freeman; by Jennifer

Paige Scoggins; by Laurie Lynn Caves; and by Ashley Michelle Kirkland by and through their counsel of record.

Respectfully submitted,

**LAW OFFICES OF JOHN GIBSON**
P.O. BOX 2218
LUBBOCK, TX 79408-2218
TEL: (806) 763-2020
FAX: (888) 979-6613


/s/ John E. Gibson
JOHN E. GIBSON
State Bar No. 00795373
johngibson@gibsonfirm.com

TIA WILSON
State Bar No. 24053944
tiawilson@gibsonfirm.com


ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the ***Notice of Appeal*** has been forwarded to all counsel in accordance with the Texas Rules of Civil Procedure on this the 23rd day of December, 2015.

**BY FACSIMILE TRANSMISSION: (214) 698- 1101**
Ms. Susan Schwartz & Ms. Valeri C. Williams
Wilson Elser Moskowitz Edelman & Dicker LLP
901 Main Street, Suite #4800
Dallas, Texas 75202


/s/ John E. Gibson
John E. Gibson